## Beatrice Burgerman Kaplan, Appellee, v. Jacob L. Kaplan, Appellant.

**Gen. No. 43,706.**

opinion filed June 10, 1946; released for publication July 1, 1946. Roland V. Libonati and Ira D. Schultz, for appellant; D. J. Wayne, for appellee; Edward LeVine, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. **Not to be published in full.**